RECEIVED
IN MONROE, LA
APR 2 4 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DENNIS RICHARD<br>LA. DOC. #126059<br>FRANKLIN PARISH #29593<br>WEST CARROLL PARISH #109168<br>UNION PARISH #15120 | CIVIL ACTION NO. 08-1675 |
| VS. | JUDGE ROBERT G. JAMES |
| STEVE PYLANT, ET AL. | MAG. JUDGE KAREN L. HAYES |

## RULING

Before the Court is a *pro se* civil rights complaint (42 U.S.C. §1983) filed on November 6, 2008, by Plaintiff Dennis Richard, a prisoner in the custody of the Louisiana Department of Public Safety and Corrections.

On January 20, 2009, Plaintiff applied for *in forma pauperis* ("*ifp*") status [Doc. No. 7], and on January 22, 2009, his motion to proceed *ifp* was granted. [Doc. No. 8]. Thereafter, on March 5, 2009, the Magistrate Judge, having discovered that Plaintiff was ineligible to proceed *ifp*, revoked and rescinded the order granting *ifp* status and directed him to pay the full filing fee. [Doc. No. 10]. Plaintiff appealed this decision. [Doc. No. 11]. On March 25, 2009, the Court denied the appeal, affirmed the order of the Magistrate Judge, and directed Plaintiff to pay the full filing fee of $350 within 20 days of the date of the order. Plaintiff was further advised that his failure to comply with the order would result in the dismissal of his complaint. [Doc. No. 13].

More than 20 days have elapsed since March 25, 2009, and Plaintiff has not paid the filing fee. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint is

DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's order to pay the filing fee. *See* FED. R. CIV. P. 41(b); 28 U.S.C. § 1915(g).

MONROE, LOUISIANA, this 24 day of April, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE