RECEIVED
IN MONROE, LA

APR 24 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DENNIS RICHARD<br>LA. DOC. #126059<br>FRANKLIN PARISH #29593<br>WEST CARROLL PARISH #109168<br>UNION PARISH #15120 | CIVIL ACTION NO. 08-1675 |
| VS. | JUDGE ROBERT G. JAMES |
| STEVE PYLANT, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Dennis Richard's civil rights complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's order to pay the filing fee. *See* FED. R. CIV. P. 41(b); 28 U.S.C. § 1915(g).

MONROE, LOUISIANA, this 24 day of April, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE